**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

A.P., *by and through next friend* S.P.; S.P., *in her individual capacity*; C.H., *by and through her parents* C.W.H. and M.H.; *and* M.H., *in her individual capacity*,

*Plaintiffs*,

v.

STEVEN MARSHALL, *in his official capacity as Alabama Attorney General*,

*Defendant*.

**CIVIL CASE NO.: 26-00904**

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs A.P., by and through next friend S.P.; S.P., in her individual capacity; C.H., by and through her parents C.W.H. and M.H.; and M.H., in her individual capacity ("Plaintiffs"), hereby respectfully request that this Honorable Court grant their Motion for Preliminary Injunction against Defendant Steven Marshall, Alabama Attorney General, and his agents and employees, prohibiting them from enforcing Ala. Code §§ 8-19K-2(a)–(b), -3(1)–(3), -4(2), -5, -7, -9(a)(1), (a)(4), (c)(1)–(2), -11, and any rules promulgated under Ala. Code § 8-19K-10 to implement these provisions (the "Challenged Provisions"),

as applied to Plaintiffs' use of the Amazon Appstore, Apple App Store, and Google Play Store to access mobile apps.

The Plaintiffs are entitled to a preliminary injunction because they will suffer irreparable harm if Defendant's enforcement of the Challenged Provisions is not enjoined, and because they are likely to succeed on the merits.

In support of this Motion, Plaintiffs submit a Memorandum of Law in Support of the Motion for Preliminary Injunction, the declaration of Adam Sieff and Exhibits 1–35 incorporated therein, and the declarations of A.P., S.P., C.H., M.H., and C.W.H.

Wherefore, for the reasons set forth above and more fully set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request that this Court grant their Motion for Preliminary Injunction, including the following relief:

1. A preliminary injunction preventing Defendant Marshall, and his employees and agents, from enforcing the Challenged Provisions as to Plaintiffs' use of the Amazon Appstore, Apple App Store, and Google Play Store to access mobile apps;

2. Such other and further relief to which Plaintiffs may be entitled and which the Court may deem equitable and just.

DATED: October 29, 2026

Respectfully submitted,

By: /s/ John G. Thompson
John G. Thompson

Adam S. Sieff*
Haley B. Zoffer*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Tel: 213.663.6800
adamsieff@dwt.com
haleyzoffer@dwt.com

Abigail B. Everdell*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.489.8230
abigaileverdell@dwt.com

John G. Thompson
Mary Clark Logan
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Tel: 205.581.0700
jthompson@lightfootlaw.com
mclogan@lightfootlaw.com

Ambika Kumar*
Nicole Saad Bembridge*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel: 206.622.3150
ambikakumar@dwt.com
nicolesaadbembridge@dwt.com

David M. Gossett*
Celyra Myers*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Tel: 202.973.4200
davidgossett@dwt.com
celyramyers@dwt.com

*Attorneys for Plaintiffs*

*pro hac vice application forthcoming