**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| A.P., *by and through next friend* S.P.; S.P., *in her individual capacity*; C.H., *by and through her parents* C.W.H. and M.H.; *and* M.H., *in her individual capacity*,<br><br>*Plaintiffs*,<br>v.<br><br>STEVEN MARSHALL, *in his official capacity as Alabama Attorney General*,<br><br>*Defendant*. | Civil Case No.: 2:26-cv-00904-ECM-CWB |

**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Pursuant to Fed. R. Civ. P. 5.2(e)(1), Plaintiffs A.P., by and through next friend S.P.; S.P., in her individual capacity; C.H., by and through her parents C.W.H. and M.H.; and M.H., in her individual capacity ("Plaintiffs"), hereby respectfully request that this Honorable Court grant their Motion for Leave to Proceed Under Pseudonyms in this action.

Parents S.P., M.H., and C.W.H. seek leave to proceed under pseudonyms to protect the identities of their minor children from being disclosed.

In support of this Motion, Plaintiffs submit a Memorandum of Law in Support of the Motion for Leave to Proceed Under Pseudonyms.

Wherefore, for the reasons set forth above and more fully set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request that this Court grant their Motion for Leave to Proceed Under Pseudonyms, including the following relief:

1. An order permitting S.P., M.H., and C.W.H. to proceed in this action under pseudonyms alongside the pseudonymous minor Plaintiffs, and that any reference to these individuals in public court filings or statements use only these pseudonyms absent their consent;

2. Such other and further relief to which Plaintiffs may be entitled and which the Court may deem equitable and just.

DATED: October 29, 2026

Respectfully submitted,

By: */s/ John G. Thompson*
John G. Thompson

Adam S. Sieff*
Haley B. Zoffer*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Tel: 213.663.6800
adamsieff@dwt.com
haleyzoffer@dwt.com

Abigail B. Everdell*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.489.8230
abigaileverdell@dwt.com

John G. Thompson
Mary Clark Logan
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Tel: 205.581.0700
jthompson@lightfootlaw.com
mclogan@lightfootlaw.com

Ambika Kumar*
Nicole Saad Bembridge*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel: 206.622.3150
ambikakumar@dwt.com
nicolesaadbembridge@dwt.com

David M. Gossett*
Celyra Myers*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Tel: 202.973.4200
davidgossett@dwt.com
celyramyers@dwt.com

*Attorneys for Plaintiffs*

*pro hac vice application forthcoming