**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| A.P., *by and through next friend* S.P.; S.P., *in her individual capacity*; C.H., *by and through her parents* C.W.H. *and* M.H.; *and* M.H., *in her individual capacity*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN MARSHALL, *in his official capacity as Alabama Attorney General*,<br><br>*Defendant*. | Case No. 2:26-cv-00904<br><br>**UNOPPOSED** |

**UNOPPOSED MOTION FOR PERMISSION TO EXCEED PAGE LIMIT**

Plaintiffs A.P., by and through next friend S.P.; S.P., in her individual capacity; C.H., by and through her parents C.W.H. and M.H.; and M.H., in her individual capacity ("Plaintiffs"), respectfully move this Court for leave, *nunc pro tunc*, to exceed the Court's page limits for their brief in support of their Motion for Preliminary Injunction and as grounds state as follows:

1. On October 28, 2026, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief against Defendant, the Attorney General of the State of Alabama, alleging that the Alabama App Store Accountability Act, HB 161, (the "Act")

violates the First Amendment of the United States Constitution as applied to them. Dkt. 1. Plaintiffs filed a Motion for a Preliminary Injunction the next day, October 29. Dkts. 2 and 3.

2. Plaintiffs' action was originally assigned to Judge Marks, but has since been assigned to this Court as a related case to the action *Computer & Communications Industry Association v. Marshall*, No. 2:26-cv-00897 (Oct. 28, 2026). Dkt. 31. The CCIA action also challenges the constitutionality of the Act.

4. This Court has a 15-page limit on briefs for "other motions" pursuant to § IV.E of its Initial Order. *See* Initial Order Governing All Further Proceedings § IV.E, at 10. Given the important constitutional questions at issue in this case, Plaintiffs submit this motion for permission, *nunc pro tunc*, to extend the Initial Order's page limit so that the Court may be fully apprised and briefed on the issues in support of their Motion for Preliminary Injunction.

6. At present, Plaintiffs' brief in support of their Motion for Preliminary Injunction consists of 38 pages. Accordingly, Plaintiffs seek leave to extend the briefing page limit for their opening brief to 40 pages, and ask that Defendant's opposing brief be subject to the same page limit. Plaintiffs have conferred with counsel for Defendant, who consents to the requested relief.

DATED: November 6, 2026

Respectfully submitted,

By: */s/ John G. Thompson*
John G. Thompson

Adam S. Sieff*
Haley B. Zoffer*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Tel: 213.663.6800
adamsieff@dwt.com
haleyzoffer@dwt.com

Abigail B. Everdell*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.489.8230
abigaileverdell@dwt.com

John G. Thompson
Mary Clark Logan
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Tel: 205.581.0700
jthompson@lightfootlaw.com
mlogan@lightfootlaw.com

Ambika Kumar*
Nicole Saad Bembridge*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel: 206.622.3150
ambikakumar@dwt.com
nicolesaadbembridge@dwt.com

David M. Gossett*
Celyra Myers*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Tel: 202.973.4200
davidgossett@dwt.com
celyramyers@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and have provided a copy by U.S. Mail, First Class, properly addressed and postage prepaid to the following:

The Honorable Steven Marshall
Attorney General
501 Washington Avenue
Montgomery, Alabama 36104

*/s/ John G. Thompson*